**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

EMILY DOWNER,

     Plaintiff,

v.                                    Case No:  2:12-cv-580-FtM-29DNF

HEALTH MANAGEMENT
ASSOCIATES, INC.,

     Defendant.

---

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause is before the Court on the Plaintiff, Emily Downer's Motion for Extension of Time to Serve the Complaint (Doc. 15) filed on June 25, 2013. The Plaintiff is requesting an additional sixty (60) days to serve the Complaint to allow her time to obtain counsel.  This action was filed on October 24, 2012.

This action is for race discrimination, age discrimination, disability/perceived discrimination, retaliation and defamation suffered by the Plaintiff.  On February 18, 2013, the Plaintiff filed her first Motion for Extension of Time to serve the Complaint (Doc. 8), and on February 19, 2013, the Court entered an Endorsed Order granting the Motion for Extension of time, and allowing the Plaintiff an additional sixty (60) days to serve process.  On April 18, 2013, the Plaintiff filed her second Motion for Extension of Time to Serve the Complaint (Doc. 10), and on April 22, 2013, the Court entered an Endorsed Order (Doc. 11) allowing the Plaintiff until June 21, 2013 to serve the Complaint.  The Court cautioned the Plaintiff that absent good cause, the Court would not extend this deadline any further.

Case 2:12-cv-00580-JES-DNF   Document 16   Filed 07/08/13   Page 2 of 3 PageID 36

The Plaintiff is again requesting an additional sixty (60) days to serve the Complaint. The Plaintiff claims that she was exploring entering into settlement discussions with the Defendant, Health Management Associates Inc., and will serve her Complaint when she has retained new counsel to pursue this litigation.  From the initial Motion for Extension of Time filed in February 2013, the Plaintiff has not served her Complaint asserting that she will obtain counsel and then serve the Complaint.  The Court has permitted the Plaintiff from October 2012 through June 21, 2013 to obtain counsel and serve her Complaint.

Pursuant to FED. R. CIV. P. 4(m), a party must serve a defendant within 120 days from the date the complaint is filed.  A court may extend this deadline for an appropriate period of time if the plaintiff shows good cause for the failure to serve.  FED. R. CIV. P. 4(m). The Court does not find that the Plaintiff has demonstrated good cause to extend the deadline to serve any further. The Plaintiff's only reasons for extending the deadline were to explore the possibility of entering into a settlement and to allow time for the Plaintiff to retain new counsel.  After the 120 period to serve expired, the Court allowed the Plaintiff from February 19, 2013 through June 21, 2013 to serve the Defendant.  The Plaintiff has failed to show good cause for any further extensions of time.

**IT IS RESPECTFULLY RECOMMEDED:**

That the Motion for Extension of Time to Serve the Complaint (Doc. 15) be **DENIED** and this action be dismissed for failure to affect serve of process.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida on July 8th, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Parties